IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTER COMPUTERS, INC., | No. C 05-00321 SBA |
| Plaintiff. | **ORDER** |
| v. | |
| DINASTIA CORPORATION, et al., | |
| Defendants. | |

On March 11, 2005, Defendants Patrick Wong ("Wong") and Alfredo Flores Bengoa ("Bengoa") filed a Second Amended Motion to Dismiss for Lack of Personal Jurisdiction [Docket No. 30]. On March 25, 2005, Plaintiff Juster Computers, Inc. ("Plaintiff") filed a Notice of Non-Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

On May 2, 2005, Plaintiff, Wong, and Bengoa filed a Stipulation in which they agreed to the dismissal of Wong and Bengoa from this action without prejudice.

For good cause showing,

IT IS HEREBY ORDERED THAT Defendants Patrick Wong and Alfredo Flores Bengoa are DISMISSED from this action WITHOUT PREJUDICE. Accordingly, Defendants' Second Amended Motion to Dismiss for Lack of Personal Jurisdiction [Docket No. 30] is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: 05-20-05

 /s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge