IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUSTER COMPUTERS, INC.,

      Plaintiff.

v.

DINASTIA CORPORATION, et al.,

      Defendants.

_____

No. C 05-00321 SBA

**ORDER**

    This Court has been notified that Defendants Dinastia Corporation and Dinastia L.P. have filed a claim before the United States Bankruptcy Court, and that an automatic stay has been entered.

    Accordingly,

    IT IS HEREBY ORDERED THAT this case is DISMISSED WITHOUT PREJUDICE TO BEING REOPENED upon the conclusion of the bankruptcy proceedings. Upon written application by any party within 60 days of the conclusion of the bankruptcy proceedings, this matter shall be reopened and restored to the active civil calendar. Failure to move to reopen the matter within 60 days of the conclusion of the bankruptcy proceedings will result in this dismissal becoming final, absent any extension of time previously granted.

    Should any party object to this Order and believe that there are issues for this Court to resolve which would justify keeping this case open on its active docket notwithstanding the current status, leave is hereby granted to file such objection with the basis therefore on or before June 3, 2005.

///

///

///

///

1   IT IS FURTHER ORDERED THAT the Case Management Conference, scheduled for May 25, 2005
2 at 3:30 p.m., is VACATED.  All other pending matters are terminated.
3   IT IS SO ORDERED.

5 Dated: 5-20-05
           /s/ Saundra Brown Armstrong
           SAUNDRA BROWN ARMSTRONG
           United States District Judge